# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HOLGUIN,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No.  1:15-cv-00753-SAB<br><br>ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE<br><br>(ECF No. 12) |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff's opening brief, filed December 23, 2015 is deemed timely filed;

2. Defendant shall file a responsive pleading on or before January 22, 2016; and

3. Plaintiff's reply, if any, shall be filed on or before February 5, 2016.

IT IS SO ORDERED.

Dated:    **December 28, 2015**

UNITED STATES MAGISTRATE JUDGE

1