1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

9

## EASTERN DISTRICT OF CALIFORNIA

10

11 | RUBEN HOLGUIN,

Case No.  1:15-cv-00753-SAB

12 |          Plaintiff,

ORDER ADVANCING JANUARY 13, 2016
HEARING TO 9:00 A.M.

13 |       v.

14 | COMMISSIONER OF SOCIAL
SECURITY,

15

16 |          Defendant.

17

18        Due to a conflict in the Court's schedule, the order to show cause hearing set for January

19 | 13, 2016 is advanced to 9:00 a.m. on January 13, 2016.

20

21 | IT IS SO ORDERED.

22 | Dated:   **January 11, 2016**

23 |                                             UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

1