# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN HOLGUIN,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No.  1:15-cv-00753-SAB<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(ECF Nos. 11,16) |

On December 18, 2015, an order issued requiring Plaintiff's counsel to show cause why sanctions should not issue for failure to comply with the Court's scheduling order. (ECF No. 11.) Counsel filed a response to the order to show cause on January 6, 2016. (ECF No. 15.) A hearing was held on January 13, 2015. Plaintiff's counsel, Steven Rosales, appeared telephonically at the hearing and counsel Donna Anderson appeared telephonically for Defendant.

Based on counsel's response, the order to show cause is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **January 13, 2016**

UNITED STATES MAGISTRATE JUDGE